**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Charles H. KOSI, Jr., Defendant—**
**Appellant.**

**No. 06–10423.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 20, 2007.

Darren W.K. Ching, Office of The U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Mark R. Zenger, Esq., Richards & Zenger, Lihue, HI, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM **

Charles H. Kosi, Jr., appeals from the district court's denial of his motion to withdraw his guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Although appellee contends Kosi waived his right to appeal, the appeal waiver in the plea agreement does not encompass the issues raised in this appeal. *See United States v. Jeronimo,* 398 F.3d 1149, 1153 (9th Cir.2005).

Kosi contends the district court abused its discretion by denying his motion to withdraw the guilty plea. *See United States v. Ortega–Ascanio,* 376 F.3d 879, 883 (9th Cir.2004). We find no such abuse, because the thorough plea colloquy demonstrates that the guilty plea was knowing and voluntary. *See* Fed.R.Crim.P. 11; *United States v. Vonn,* 535 U.S. 55, 58, 122 S.Ct. 1043, 152 L.Ed.2d 90 (2002) (explaining that Rule 11 ensures that a guilty plea is knowing and voluntary). We decline to address Kosi's challenge to the effectiveness of defense counsel on direct appeal.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*See Jeronimo,* 398 F.3d at 1155.[1]

**AFFIRMED.**

---

1. We express no opinion on how Kosi's appeal waiver might affect any collateral attack of his conviction and sentence. *See Jeronimo,* 398 F.3d at 1156 n. 4.

